OPINION — AG — ** TAXATION — TAX WARRANTS — PERSONAL PROPERTY ** A COUNTY SHERIFF IS 'NOT' AUTHORIZED TO LEVY A TAX WARRANT, SUCH AS MENTIONED (WARRANT ON CHATTELS BELONGING TO THE PERSON TO WHOM SUCH TAXES IS ASSESSED), ON PERSONAL PROPERTY OF A RESIDENT TAXPAYER THAT IS EXEMPT FROM EXECUTION AND SALE FOR PAYMENT OF DEBTS. (DELINQUENT TAXES, PERSONAL PROPERTY TAXES) CITE: 31 O.S. 5 [31-5], 68 O.S. 354 [68-354] (FRED HANSEN)